**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Luis Inamagua Alvacora

Petitioner,

v.

David Easterwood, Kristi Noem, Pamela Bondi

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00585-LMP-DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **DECLARES** that Luis I. A. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.
2. If Luis I. A. is currently in Texas, the Government is **ORDERED** to return Luis I. A. to Minnesota no later than February 2, 2026.
3. No later than 12:00 p.m. CST on February 3, 2026, the Government shall provide the Court with a status update confirming that Luis I. A. is physically present in Minnesota.
4. Once Luis I. A. is physically present in Minnesota, the Government is **ORDERED** to provide Luis I. A. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than February 5, 2026.

5. If the Government does not provide Luis I. A. with a bond redetermination hearing as required by this Order, he must be immediately released from detention.

6. No later than February 6, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Luis I. A.'s release.

Date: 1/29/2026

KATE M. FOGARTY, CLERK