# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LUIS I. A., | Case No. 26-cv-585 (LMP/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| DAVID EASTERWOOD, *Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary of the U.S. Department of Homeland Security*; and PAMELA BONDI, *Attorney General of the United States, in their official capacities*, | |
| Respondents. | |

Paschal O. Nwokocha, **Paschal Nwokocha Law Offices, LLC, Minneapolis, MN**, for Petitioner.

Matthew Isihara, **United States Attorney's Office, Minneapolis, MN**, for Respondents.

On January 28, 2026, this Court ordered Respondents (the "Government") to provide Petitioner Luis I. A. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than February 5, 2026. ECF No. 9. On February 5, 2026, the Government filed a status update stating that Luis I. A. had been "provided with a bond redetermination hearing under 8 U.S.C. § 1226(a)" and that the immigration judge ordered Luis I. A.'s release on $6,000 bond. ECF No. 12. That same day, Luis I. A.'s counsel filed a notice with the Court suggesting that no bond hearing was actually held. ECF No. 13 at 1–2. Luis I. A.'s counsel states that despite entering an appearance for Luis I. A. in immigration court, he was never notified of the purported bond hearing for Luis

I. A., and that Luis I. A. did not have the opportunity to present arguments and exhibits in support of his release. *Id.* at 2. Luis I. A. asserts that the Government has violated this Court's order requiring the Government to provide a bond hearing on the merits of Luis I. A.'s release. *Id.* As a remedy, Luis I. A. seeks his immediate release without conditions. *Id.*

Accordingly, **IT IS HEREBY ORDERED** that:

1. No later than February 9, 2026, the Government is **ORDERED** to file briefing or evidence supporting its assertion that Luis I. A. received a legally compliant bond hearing. If the Government fails to timely provide this briefing and evidence, the Court will presume that Luis I. A. did not timely receive a legally compliant bond hearing and will order him released without conditions.

2. No later than February 11, 2026, Luis I. A. is **ORDERED** to provide briefing explaining why the evidence presented by the Government does not establish that Luis I. A. received a legally compliant bond hearing. Luis I. A. must cite particular statutes, regulations, or case law that he believes were violated by the Government. If Luis I. A. fails to timely provide this briefing, the Court will presume that he concedes that the Government provided him with a legally compliant bond hearing.

Dated: February 5, 2026         *s/Laura M. Provinzino*
                                Laura M. Provinzino
                                United States District Judge